# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MELISSA JAN BALLARD ARCHER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner, )<br>Social Security Administration, )<br>Defendant. ) | Civil No. 1:13-cv-00018-NT |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 30, 2013, his Recommended Decision. (ECF No. 22). The Plaintiff filed her Objection to the Recommended Decision on January 16, 2014. (ECF No. 23). Defendant filed its Response to the Plaintiff's objection on January 27, 2014. (ECF No. 24).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the

Magistrate Judge is hereby <u>AFFIRMED</u>.  It is further <u>ORDERED</u> that the commissioner's decision is <u>AFFIRMED</u>.

    SO ORDERED.

                <u>/s/ Nancy Torresen</u>
                NANCY TORRESEN
                UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2014.